IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| JOHAN RAMIREZ ACERO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER,<br><br>　　　　Respondent. | CIVIL ACTION NO.: 5:26-cv-191 |

**O R D E R**

　　Petitioner filed a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, raising what appears, at least in part, to be the same claim and seeking the same relief as the Petitioners in the Villa v. Normand, 5:25-cv-89, consolidated cases. Thus, the Court **DIRECTS** Respondents to **SHOW CAUSE** why this Petitioner is not entitled to the same relief as the Petitioners in the cases consolidated into Villa within **five business days** of this Order. The Court **DIRECTS** the United States Marshal to serve a copy of the Petition, doc. 1, and a copy of this Order by registered or certified mail upon: (1) the Attorney General of the United States; (2) the named Warden-Respondent; and (3) the civil process clerk at the office of the United States Attorney for the Southern District of Georgia. See Fed. R. Civ. P. 4(i). The Court **DIRECTS** the Clerk of Court to provide a courtesy copy of this Order and the Petition to the United States Attorney's

Office at: Bradford.Patrick@usdoj.gov; Woelke.Leithart@usdoj.gov; and

Keveya.Sturkey@usdoj.gov.

**SO ORDERED**, this 11th day of February, 2026.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA